Certificate Number: 15317-PAE-DE-036260577

Bankruptcy Case Number: 17-15007



15317-PAE-DE-036260577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2022, at 8:25 o'clock AM PST, Peter D Gust completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 13, 2022

By: /s/Rolyn Martinada

Name: Rolyn Martinada

Title: Credit Counselor