United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15007-mdc |
| Peter D. Gust | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 21, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter D. Gust, 255 Austin Drive, Fairless Hills, PA 19030-2214 |
| 13956898 | + | Aes/jmstwn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13956907 | + | Furniturebar, Po Box 94498, Las Vegas, NV 89193-4498 |
| 13956909 | | Newegg.com/Comenity Capital, PO Box 105658, Atlanta, GA 30348-5658 |
| 14278117 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 21 2022 23:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13956897 | + | Email/Text: bncnotifications@pheaa.org | Sep 21 2022 23:30:00 | Aes/Citizens, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14014032 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 23:41:24 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13956899 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 23:41:24 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13956900 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2022 23:41:26 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13956901 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 21 2022 23:30:00 | Brclysbankde, Po Box 8803, Wilmington, DE 19899-8803 |
| 13956903 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 21 2022 23:30:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 13967139 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 21 2022 23:30:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 13956904 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2022 23:41:21 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14019812 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 21 2022 23:30:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 13956905 | + | Email/Text: BKPT@cfna.com | Sep 21 2022 23:30:00 | Crdt First, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 13990440 | | Email/Text: BKPT@cfna.com | Sep 21 2022 23:30:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13956906 | | Email/Text: mrdiscen@discover.com | Sep 21 2022 23:30:00 | Discoverbank, Po Box 15316, Wilmington, DE |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850 |
| 13963001 | | Email/Text: mrdiscen@discover.com | Sep 21 2022 23:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13956902 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 21 2022 23:41:24 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13998752 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2022 23:41:19 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13956908 | + | Email/Text: bk@lendingclub.com | Sep 21 2022 23:30:00 | Lending Club, 71 Stevenson, San Francisco, CA 94105-2934 |
| 13997183 | + | Email/Text: bk@lendingclub.com | Sep 21 2022 23:30:00 | LendingClub Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14009216 | + | Email/Text: blegal@phfa.org | Sep 21 2022 23:30:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13999643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2022 23:41:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13956910 | | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2022 23:41:32 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 13956911 | + | Email/Text: bkrgeneric@penfed.org | Sep 21 2022 23:30:00 | Pentagon Fcu, Po Box 1432, Alexandria, VA 22313-1432 |
| 13956912 | + | Email/Text: blegal@phfa.org | Sep 21 2022 23:30:00 | Phfa, 211 N Front St, Harrisburg, PA 17101-1466 |
| 14216001 | + | Email/Text: bncmail@w-legal.com | Sep 21 2022 23:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13956913 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2022 23:41:21 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14020681 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 21 2022 23:30:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13956914 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 21 2022 23:30:00 | Usdoe/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 13990745 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 21 2022 23:41:26 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14216002 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 21, 2022 | Form ID: 138OBJ | Total Noticed: 34

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022　　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Peter D. Gust msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Peter D. Gust

    Debtor(s)

Case No: 17−15007−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/21/22

31 − 30
Form 138OBJ